EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Junta de Educación Jurídica Continua | 2023 TSPR 63<br><br>212 DPR ___ |

Número del Caso: EN-2023-01

Fecha: 5 de mayo de 2023

Materia: Designación de miembro de la Junta de Educación Jurídica Continua.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br>Junta de Educación Jurídica Continua | EN-2023-1 |  |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 5 de mayo de 2023.

En virtud de la Regla 6 del Reglamento del Programa de Educación Jurídica Continua, según enmendado, 4 LPRA Ap. XVII-F, y debido a que existe una vacante en la Junta de Educación Jurídica Continua por la renuncia del Lcdo. José Luis Miranda de Hostos, se nombra a la siguiente profesional del Derecho como miembro de la Junta de Educación Jurídica Continua, quien rendirá su servicio *ad honorem*:

Lcda. Berthaida Seijo Ortiz

La licenciada Seijo Ortiz desempeñará su cargo por un término de cuatro (4) años. Esta Resolución tendrá vigencia de inmediato.

Asimismo, el Tribunal Supremo reconoce la labor y compromiso del miembro que hoy cesa sus funciones.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo